Form 8

**FORM 8.  Entry of Appearance**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE INTERVAL LICENSING _____ v. _____

No. 2014-1775

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[  ] Pro Se          [✓] As counsel for:          Interval Licensing LLC
                                                   Name of party

I am, or the party I represent is (select one):

[  ] Petitioner   [  ] Respondent   [  ] Amicus curiae   [  ] Cross Appellant

[✓] Appellant   [  ] Appellee   [  ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[  ] Petitioner or appellant     [  ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Patrick J. Finnan |
| Law firm: | Edell, Shapiro & Finnan LLC |
| Address: | 9801 Washingtonian Blvd., Suite 750 |
| City, State and ZIP: | Gaithersburg, MD 20878 |
| Telephone: | 301-424-3640 |
| Fax #: | 301-762-4056 |
| E-mail address: | pjf@usiplaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[  ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[  ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 26, 1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[  ] Yes   [✓] No

[  ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

9/10/14
Date

Signature of pro se or counsel

cc: _____

123

**Form 30**

**FORM 30. Certificate of Service**

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | Sep 10, 2014 |
by:

☒ US mail
☐ Fax
☐ Hand
☐ Electronic Means
   (by email or CM/ECF)

| Patrick J. Finnan | | /s/Patrick J. Finnan |
| Name of Counsel | | Signature of Counsel |

Law Firm | Edell Shapiro & Finnan |

Address | 9801 Washingtonian Blvd., Suite 750 |

City, State, ZIP | Gaithersburg, MD 20878 |

Telephone Number | 301-424-3640 |

FAX Number | 301-762-4056 |

E-mail Address | pjf@usiplaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.